# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **DETENTION ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:10-mj-013 |
| Javier Corona-Estrada, | ) | |
| | ) | |
| Defendant. | ) | |

On March 19, 2010, Defendant made his initial appearance on a complaint. AUSA David Hagler appeared on the Government's behalf. Assistant Federal Public Defender William Schmidt was appointed as defense counsel and appeared on Defendant's behalf. An interpreter, Angela De La Cruz, was also present.

The Government moved for detention. After consulting with defense counsel, Defendant waived in open court his right to a detention hearing and consented to detention pending final disposition of this matter. The court accepts Defendant's waiver, finding that it was made freely and voluntarily, knowingly and intelligently, and upon advice of counsel.

The court **GRANTS** the Government's Motion for Detention and **FURTHER ORDERS** that Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an

appearance in connection with a court proceeding.  The court shall schedule a preliminary hearing at a date to be determined.

      Dated this 5th day of August, 2009.

                                        */s/ Charles S. Miller, Jr*
                                        Charles S. Miller, Jr.
                                        United States Magistrate Judge